UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| REPSOL YPF, S.A., and TEXAS YALE CAPITAL CORP., Individually and On Behalf of All Others Similarly Situated, | : | |
| | : | |
| Plaintiffs, | : | 12 Civ. 3877 (TPG) |
| - against - | : | NOTICE OF MOTION |
| THE REPUBLIC OF ARGENTINA, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   PLEASE TAKE NOTICE that upon the accompanying declarations of Edward Scarvalone, Carlos Gustavo Pistarini, and Martín Arecha, and exhibits attached thereto, as well as the accompanying memorandum of law and all prior proceedings had herein, the Republic of Argentina, through its undersigned attorneys, moves this Court, pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the complaint, and for such other and further relief as this Court may deem just and proper.

   PLEASE TAKE FURTHER NOTICE that opposition papers, if any, shall be served in accordance with Local Civil Rule 6.1(b).

Dated:  New York, New York
        April 30, 2013

                            Respectfully submitted,

                            DOAR RIECK KALEY & MACK

                    By:     /s/ Edward Scarvalone
                            EDWARD SCARVALONE
                            217 Broadway, 7th Floor
                            New York, New York 10007
                            Tel.: (212) 619-3730
                            Fax: (212) 962-5037
                            Email: escarvalone@doarlaw.com

- 2 -

JONATHAN A. WILLENS LLC

By:   /s/ Jonathan A. Willens
JONATHAN A. WILLENS
217 Broadway, 7th Floor
New York, New York 10007
Tel.: (212) 637-3749
Email: jawillens@briefworks.com

*Attorneys for Defendant*
*The Republic of Argentina*