UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REPSOL YPF, S.A., and TEXAS YALE            :
CAPITAL CORP., Individually and On Behalf
of All Others Similarly Situated,           :

                  Plaintiffs,            :            12 Civ. 3877 (TPG)

         - against -                :            DECLARATION OF
                                         EDWARD SCARVALONE

THE REPUBLIC OF ARGENTINA,             :

                  Defendant.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      I, Edward Scarvalone, declare pursuant to 28 U.S.C. § 1746 as follows:

      1.      I am a lawyer admitted to practice in the State of New York, a member of the bar

of this Court, and a member of Doar Rieck Kaley & Mack, co-counsel for defendant the

Republic of Argentina in the above-captioned action.

      2.      Attached here to as **Exhibit A** is a true and correct copy of Executive Decree No.

530/2012, dated April 16, 2012, by the Argentine Republic, with certified English translation.

      3.      Attached hereto as **Exhibit B** is a true and correct copy of the Form 6-K filed by

YPF Sociedad Anónima ("YPF") with the Securities and Exchange Commission ("SEC") on or

about May 9, 2012, as downloaded from the SEC's Electronic Data Gathering, Analysis, and

Retrieval ("EDGAR") database, attaching an English translation of Law No. 26,741.

      4.      Attached hereto as **Exhibit C** is a true and correct copy of the Form 6-K filed by

YPF with the SEC on December 14, 2007 as downloaded from EDGAR.

      5.      Attached hereto as **Exhibit D** is a true and correct copy of the Form 6-K filed by

YPF with the SEC on December 20, 2007 as downloaded from EDGAR.

- 2 -

6.      Attached hereto as **Exhibit E** is a true and correct copy of an English translation of YPF's By-laws, submitted as Exhibit 1.2 to the Form 20-F filed by YPF with the SEC on June 29, 2010 as downloaded from EDGAR.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the Form 6-K filed by YPF with the SEC on June 5, 2012 as downloaded from EDGAR.

8.      Attached hereto as **Exhibit G** is a true and correct copy of the Form 13F Holdings Report filed by Texas Yale Capital with the SEC on May 8, 2012, reporting on the quarter ending March 31, 2012, as downloaded from EDGAR.

9.      Attached hereto as **Exhibit H** is a true and correct copy of the Form 13F Holdings Report filed by Texas Yale Capital with the SEC on February 8, 2013, reporting on the quarter ending December 31, 2012, as downloaded from EDGAR.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 30, 2013 in New York, New York.

      /s/ Edward Scarvalone
      EDWARD SCARVALONE