# DOAR RIECK KALEY & MACK
### ATTORNEYS AT LAW

JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
EDWARD SCARVALONE

---

SPECIAL COUNSEL
JOHN DOAR

---

OF COUNSEL
AMY ROTHSTEIN
EILEEN MINNEFOR
JAMES I. WASSERMAN
MICHAEL MINNEFOR



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2014

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

---

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

February 21, 2014

BY HAND
The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



RECEIVED
FEB 24 2014
CHAMBERS
JUDGE GR...

    Re:   Repsol YPF, S.A. and Texas Yale Capital Corp. v. Republic of Argentina
            12 Civ. 3877 (TPG)

Dear Judge Griesa:

    I write on behalf of both parties to advise the Court that the parties are in settlement discussions that are progressing well. Settlement would obviate the need for the Court to decide the Republic's motion to dismiss, which is *sub judice*. The parties believe it is in everyone's best interests, as well as the Court's, for the Court to stay issuing a decision for 90 days while the parties finalize their settlement discussions. We therefore respectfully request such a stay.

    We thank the Court for consideration of this request.

**MEMO ENDORSED**

Respectfully,

Edward Scarvalone

cc: Christopher R. Harris (by email)

*Approved.*
Thomas P. Griesa
2/25/14