UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REPSOL YPF, S.A.[1] and TEXAS YALE CAPITAL CORP.,<br><br>                              Plaintiffs,<br><br>- against -<br><br>REPUBLIC OF ARGENTINA,<br><br>                              Defendant. | 12 Civ. 3877 (TPG) (FM)<br><br>**STIPULATION OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs Repsol, S.A and Texas Yale Capital Corp. and Defendant Republic of Argentina, by and through their respective counsel, that the above-captioned case be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorneys' fees.

Dated: May  9 , 2014

| | |
|---|---|
| LATHAM & WATKINS LLP<br><br>By: _____<br>CHRISTOPHER R. HARRIS<br>885 Third Avenue<br>New York, New York 10022<br>Tel: (212) 906-1200<br>christopher.harris@lw.com<br><br>*Attorneys for Plaintiffs* | DOAR RIECK KALEY & MACK<br><br>By: _____<br>EDWARD SCARVALONE<br>217 Broadway, 7th Floor<br>New York, New York 10007<br>Tel: (212) 619-3730<br>escarvalone@doarlaw.com<br><br>*Attorneys for Defendant* |

---

[1] Now known as Repsol, S.A.